In the Matter of the Application of COLUMBIA HAT MANUFACTURING COMPANY, INC., for an Order Vacating, Modifying or Correcting a Certain Award in an Arbitration Proceeding between FREDERICK W. LINCOLN and Others,

Copartners, etc., Respondents, and COLUMBIA HAT MANUFACTURING COMPANY, INC., a Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.